UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Kent A. Lehnen,                                    Case No: 23-cv-192-WMC

        Plaintiff,

vs.

Unum Life Insurance Company of America,

        Defendant.

---

### PLAINTIFF'S MOTION FOR JUDGMENT PURSUANT TO RULE 52(a)

---

Plaintiff Kent A. Lehnen, through his attorneys, Nolan, Thompson, Leighton & Tataryn, PLC and Denise Y. Tataryn, hereby moves for judgment pursuant to Rule 52(a) of the Federal Rules of Civil Procedure. Filed herewith in support of this Motion are Plaintiff's Statement of Proposed Findings of Fact, Declaration of Kent Lehnen, Declaration of Denise Y. Tataryn, and Plaintiff's Memorandum in Support of Judgment Pursuant to Rule 52(a). This Motion is further supported by the Administrative Record filed by the Defendant on November 16, 2023, Doc. # 15 - Parts I through XII.

Dated: 01/08/2024                    **NOLAN, THOMPSON, LEIGHTON & TATARYN, PLC**

By /s/ *Denise Y. Tataryn*
Denise Y. Tataryn (#179127)
1011 1st Street South, Suite 410
Hopkins, MN  55343
P: 952-405-7171/F: 952-224-0647
Email:  dtataryn@nmtlaw.com

*Attorney for Plaintiff*